Hector BOUSSON, Appellant, v. The UNITED STATES, Appellee.

No. 7458.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1937.

Harry S. Bennett, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs, and argument of counsel and, it appearing that there was not substantial evidence to support the verdict of the jury, it is ordered and adjudged that the judgment be and is reversed and the case remanded for a new trial.